UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY LYNN FELKINS, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent. | No. 2:25-cv-3185-DMC-P <br><br><br> ORDER |

Petitioner, a federal inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is presently incarcerated at FCI Victorville Medium I in Victorville, CA. She is serving a sentence for a conviction rendered by the Eastern District of California.

The Ninth Circuit has "affirm[ed] the application of the immediate custodian and district of confinement rules to core habeas petitions filed pursuant to 28 U.S.C. § 2241, including those filed by immigrant detainees." <u>Doe v. Garland</u>, 109 F.4th 1188, 1199 (9th Cir. 2024). In the instant case, Petitioner's place of incarceration is in an area covered by the District Court for the Central District of California.

/ / /

/ / /

/ / /

/ / /

1

1     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

2 United States District Court for the Central District of California. Id.; 28 U.S.C. § 2241.

3 Dated: November 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE