# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:25−cv−03185−DMC

Felkins v. Warden  
Assigned to: Magistrate Judge Dennis M. Cota  
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 11/03/2025  
Date Terminated: 11/13/2025  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Kristy Lynn Felkins**     represented by    **Kristy Lynn Felkins**  
56443−048  
FCI Victorville Medium I  
P.O. Box 3725  
Adelanto, CA 92301  
PRO SE

V.

**Respondent**

**Warden**     represented by    **Bureau of Prisons Regional Counsel**  
*FCI Victorville*  
Federal Bureau of Prisons  
7338 Shoreline Drive  
Stockton, CA 95219  
Email: wxr−legalinfo−s@bop.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**US Attorney's Office− 2241 Unit**  
Eastern District of California  
Email: usacae.ecf2241@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2025 | 1 | 2241 PETITION for WRIT of HABEAS CORPUS against Warden, FCI Victorville by Kristy Lynn Felkins. (Deputy Clerk KML) (Entered: 11/05/2025) |
| 11/05/2025 |  | RECEIPT number 200015560 for $5.00 filing fee from Kristy Lynn Felkins. (Deputy Clerk KML) (Entered: 11/05/2025) |
| 11/05/2025 | 2 | PRISONER NEW CASE DOCUMENTS and ORDER RE CONSENT ISSUED. Consent or Decline due by 12/8/2025. (Attachments: # 1 Litigant Letter) (Deputy Clerk KML) (Entered: 11/05/2025) |
| 11/05/2025 |  | SERVICE BY MAIL: 2 Prisoner New Case Documents served on Kristy Lynn Felkins. (Deputy Clerk KML) (Entered: 11/05/2025) |
| 11/13/2025 | 3 | ORDER signed by Magistrate Judge Dennis M. Cota on 11/13/2025 TRANSFERRING this matter to the USDC for the Central District of California. CASE CLOSED. (Deputy Clerk KLY) (Entered: |

| | | |
|---|---|---|
| | | 11/13/2025) |
| 11/13/2025 | Ï | SERVICE BY MAIL: 3 Order, Case Transferred Out to Another District served on Kristy Lynn Felkins. (Deputy Clerk KLY) (Entered: 11/13/2025) |