# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY LYNN FELKINS<br><br>PETITIONER(S)<br><br>v.<br><br>WARDEN<br><br>RESPONDENT(S). | CASE NUMBER:<br><br>5:25−cv−03055−MWC−DTB<br><br>**NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**<br>(Petition for Writ of Habeas Corpus / Motion for Extension of Time to File Habeas Corpus Petition) |

This case has been assigned to the calendar of the Honorable __Judge Michelle Williams Court__, U.S. District Judge, and referred to U. S. Magistrate Judge __David T. Bristow__, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, the Magistrate Judge shall prepare and file a report and recommendation regarding the disposition of this case, which may include proposed findings of fact, conclusions of law, and a proposed order or judgment, and which shall be served on all parties.

Pursuant to Local Rule 5-4.1, all subsequent documents in this case must be filed electronically, unless exempted by Local Rule 5-4.2. Documents exempt from electronic filing pursuant to Local Rule 5-4.2(b), or presented by filers exempt from electronic filing pursuant to Local Rule 5-4.2(a), must be filed with the Clerk in paper at the following location:

Eastern Division
3470 Twelfth Street, Rm. 134
Riverside, CA 92501

Please note that, pursuant to Local Rule 83-2.5, all matters must be called to the judge's attention by appropriate application or motion filed in compliance with the Court's Local Rules. Parties are not permitted to write letters to the judge.

Local Rule 83-2.4 requires that the Court must be notified within five (5) days of any address change. Local Rule 41-6 provides that, if "mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Clerk, U.S. District Court

_November 14, 2025_
Date

By _/s/ *Carmen Lujan*_
Deputy Clerk

CV-84 (05/18)  **NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**
**(Petition for Writ of Habeas Corpus / Motion for Extension of Time to File Habeas Corpus Petition)**