JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

KRISTY LYNN FELKINS,                    ) Case No. 5:25-cv-03055-MWC (DTB)
                                        )
                    Petitioner,         ) **J U D G M E N T**
                                        )
        v.                              )
                                        )
WARDEN, FCI VICTORVILLE                 )
MEDIUM I,                               )
                                        )
                    Respondent.         )

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 22, 2026
                                    _____
                                    MICHELLE WILLIAMS COURT
                                    United States District Judge

1